UNITED STATES, Appellee

v.

SAMUEL LUGO, Private E–2, U. S. Army, Appellant

6 USCMA 151, 19 CMR 277

No. 6200

Decided July 1, 1955

*Captain Albert C. Malone, Jr.*, argued the cause for Appellant, Accused. With him on the brief were *Lieutenant Colonel Edward Duvall* and *First Lieutenant Anthony R. DeSanto.*

*Lieutenant Colonel Andrew D. Kane* argued the cause for Appellee, United States. With him on the brief were *Lieutenant Colonel Thomas J. Newton* and *First Lieutenant A. Kenneth Pye.*

## Opinion of the Court

PAUL W. BROSMAN, Judge:

Following his trial by general court-martial, the accused in this case was found guilty of desertion, in violation of the Uniform Code of Military Justice, Article 85, 50 USC § 679. The issue now before us has to do with no more than the sufficiency of the record to support the court-martial's finding of apprehension. As to this, we are controlled by our opinion in United States v. Simone, 6 USCMA 146, 19 CMR 272, decided this day, which holds that, under present Army Regulations, a proper morning report entry recording the fact that an accused's absence was terminated in that manner is both admissible and sufficient to sustain such a finding.

The findings of guilty and the decision of the board of review must be, and are hereby, affirmed.

Chief Judge QUINN and Judge LATIMER concur.